[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-13748

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 31, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-61004-CV-WJZ

TRINA CARLSON,

Plaintiff-Counter-
Defendant-Appellant
Cross-Appellee,

PETER T. MAVRICK,

Appellant,

versus

MARC E. BOSEM,
an individual,

Defendant-Appellee
Cross-Appellant,

MARC E. BOSEM, M.D., P.A.,
a Florida corporation,

Defendant-Counter-
Claimant-Appellee
Cross-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

**(October 31, 2008)**

Before BIRCH and MARCUS, Circuit Judges, and FORRESTER,[*] District Judge.

PER CURIAM:

Having thorough reviewed the record and the briefs of the parties and having heard oral argument by counsel, we find no abuse of discretion. Therefore, we AFFIRM the judgment of the district court.[1]

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

[1]During the course of oral argument, appellee's counsel indicated that the payment of $13,846.95 in fees and costs associated with Carlson's motion for sanctions arising out of the depositions (both initial and rescheduled) of Dr. Bosem ordered by the district court (DE 146; DE 209 and DE 211) had not yet been made and that that debt remained unsatisfied. Accordingly, this affirmance should not be construed as in any manner limiting, restricting or depriving Carlson of the ability to further petition or move the district court for any available remedy relating to that matter.